**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No.: 2:06-cv-665** |
| | ) |
| **MISSION PETROLEUM CARRIERS,** | ) |
| **ANTONIO MARTINEZ NAVARRO** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO CORRECT STYLE

Comes now the Defendant, Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure moves to correct the style of this case as filed in the Notice of Removal to the following:

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civil Action No.: 2:06-cv-665** |
| | ) |
| **MISSION PETROLEUM CARRIERS,** | ) |
| **ANTONIO MARTINEZ NAVARRO** | ) |
| | ) |
|     **Defendants.** | ) |

WHEREFORE, Defendant respectfully requests that this case style be corrected to that which is noted above.

Respectfully submitted,

      /s/ Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendant

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

### CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 26th day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

Antonio Martinez Navarro
2052 Des Jardines
Houston, Texas 77023

      /s/ Caroline T. Pryor
OF COUNSEL