IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-cv-665 |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CORRECT STYLE

Comes now the Defendant, Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure moves to correct the style of this case as filed in the Notice of Removal to the following:

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-cv-665 |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO | ) |
| | ) |
| Defendants. | ) |

WHEREFORE, Defendant respectfully requests that this case style be corrected to that which is noted above.

# MOTION GRANTED

SO ORDERED
THIS 27th DAY OF July, 2006

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,