IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. BOWDEN, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 2:06-CV-665 |
| MISSION PETROLEUM CARRIERS, et al., | * | |
| Defendants. | * | |

### DEFENDANTS' NOTICE OF FILING RESPONSES TO PLAINTIFF'S CONSOLIDATED DISCOVERY

Defendants Mission Petroleum Carriers and Antonio Martinez Navarro hereby give notice of filing responses to Plaintiff's Consolidated Discovery.

Respectfully submitted on the 23rd day of August, 2006.

/s/ Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOLEV3868)
CAROLINE T. PRYOR (PRYOC2802)
Attorney for Defendants

CARR ALLISON
7101 Highway 90, Suite 402
Post Office Box 1126
Daphne, Alabama 36526
(251)626-9340 telephone
(251)626-8928 facsimile
ctp@carrallison.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd of August, 2006, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin, Esq.
McPhillips, Shinbaum & Gill, LLP
P.O. Box 64
Montgomery, AL 36101-0064

/s/ Caroline T. Pryor
CAROLINE T. PRYOR