**IN THE U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 2:06-CV-665 |
| **MISSION PETROLEUM CARRIERS, et al.,** | * |
| Defendants. | * |

**MOTION TO COMPEL**

Comes now the Defendant, Mission Petroleum Carriers, and pursuant to the Federal Rules of Civil Procedure, files its Motion to Compel as follows:

1. On June 20, 2006, Defendant propounded upon Plaintiff its First Set of Interrogatories and Request for Production. To date, Plaintiff has not responded to these discovery requests.

2. Defense counsel, pursuant to the rules and in good faith, has attempted to confer with Plaintiff's counsel regarding this overdue discovery. Attempts have been made by telephone and by letters which are attached hereto as Exhibit A. Although counsel for Plaintiff advised that Mr. Bowden's discovery responses would be provided two weeks ago, they have never been received by the undersigned.

3. The information sought in Defendant's discovery requests is necessary for the defense evaluation of this case. Without this information, Defendant will be incapable of either planning for trial or reviewing this case for potential settlement.

Wherefore, Defendant, Mission Petroleum Carriers, respectfully requests that this Honorable Court issue an order compelling Plaintiff to respond to the Defendant's discovery requests within seven (7) days of the issuance of an Order requiring production of the same, or

suffer such sanctions as this Honorable Court may impose.

                    Respectfully submitted,

                    /s/Caroline T. Pryor  
                    VINCENT A. NOLETTO, JR. (NOL008)  
                    CAROLINE T. PRYOR (PRY005)  
                    Attorneys for Defendant

**OF COUNSEL:**  
CARR ALLISON  
6251 Monroe Street, Suite 200  
Daphne, AL 36526  
251-626-9340  
ctp@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of September, 2006, I electronically filed the foregoing pleading with the clerk's office using the Alafile system which will send notification of such filing to the following counsel of record:

James Bodin  
McPhillips, Shinbaum & Gill, L.L.P.  
Post Office Box 64  
Montgomery, Alabama 36101-0064

                    /s/Caroline T. Pryor  
                    CAROLINE T. PRYOR

**IN THE U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** * | |
| Plaintiff, * | |
| vs. * | CIVIL ACTION NO. 2:06-CV-665 |
| **MISSION PETROLEUM CARRIERS, et al.,** * | |
| Defendants. * | |

## ORDER

For good cause shown, it is hereby Ordered that Plaintiff, William Bowden, respond to the First Interrogatories and Request for Production issued by Mission Petroleum Carriers within seven (7) days of the date on this Order or suffer such sanctions as this Court may hereinafter impose.

_____
US DISTRICT JUDGE ALBRITTON



Caroline T. Pryor
ctp@carrallison.com

6251 Monroe Street, Suite 200
Post Office Box 1126
Daphne, Alabama 36526
Phone (251) 626-9340
Fax (251) 626-8928
www.carrallison.com

August 30, 2006

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

    Re:   *William Bowden v. Mission Petroleum Carriers*
          *Our file number: 2340-4*

Dear James:

    Could you please forward Mr. Bowden's discovery responses or let me know when we might expect them. I understand if Mr. Bowden needs more time to respond to them, I simply need to report to my client.

    I hope this letter finds you well.

    With best regards, I remain,

                                      Very truly yours,

                                    CAROLINE T. PRYOR

CTP:vw



Birmingham    Dothan    Florence    Gulfport    Mobile    Tallahassee    US LAW



Caroline T. Pryor
ctp@carrallison.com

6251 Monroe Street, Suite 200
Post Office Box 1126
Daphne, Alabama 36526
Phone (251) 626-9340
Fax (251) 626-8928
www.carrallison.com

September 13, 2006

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

  Re: *William Bowden v. Mission Petroleum Carriers*
    *Our file number: 2340-4*

Dear James:

  I received your First Request for Admissions to Mission today. To date, I have not received your client's discovery responses, although I have previously spoken with you about this and forwarded two prior letters on this same subject. To that end, please forward your client's responses to the Defendant's discovery within the next 10 days to avoid a Motion to Compel. If Mr. Bowden needs additional time, please tell me and I will work with you.

  I look forward to hearing from you.

  With best regards, I remain,

              Very truly yours,

              CAROLINE T. PRYOR

CTP:vw

Birmingham   Dothan   Florence   Gulfport   Mobile   Tallahassee