IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. BOWDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV665-WHA |
| | ) | [WO] |
| MISSION PETROLEUM CARRIERS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendant's Motion to Compel responses to its First Set of Interrogatories and Request for Production , filed on 26 September 2006 (Doc. # 11), and for good cause, it is

ORDERED that the motion is GRANTED.[1] The discovery requests, to which the plaintiff has failed to respond, were propounded to the plaintiff on or about 20 June and are now more than 60 days overdue. Accordingly, it is further ORDERED as follows:

1. On or before 6 October 2006, the plaintiff shall serve his complete responses upon counsel for the defendant. The responses to interrogatories and production requests must be provided "separately and fully in writing under

---

[1] Because counsel for the parties maintain their principal offices in cities that are more than 150 miles apart, the court suspends the usual requirement that counsel meet face-to-face and finds that, pursuant to FEDERAL RULES OF CIVIL PROCEDURE 26(c) and 37(a)(2)(B) and ¶5 of the General Order of this court entered on 22 November 1993, the defendant has certified its good faith attempts to resolve the dispute before seeking the court's intervention.

  oath", FED. R. CIV. PRO. 33(b)(1), and the answers to interrogatories shall be "signed by the person making them". FED. R. CIV. PRO. 33(b)(2).

2. On or before 9 October 2006, the defendant shall file a Notice with the Clerk of the court, attesting to the plaintiff's compliance or non-compliance with this order.

3. Objections to the defendant's discovery requests are now untimely, since they were not served within 30 days of the plaintiff's receipt of the requests. Thus, objections are waived. FED. R. CIV. PRO. 33(b)(4).

DONE this 29th day of September, 2006.

        /s/ Vanzetta Penn McPherson
        VANZETTA PENN MCPHERSON
        UNITED STATES MAGISTRATE JUDGE