IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM D. BOWDEN, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 2:06-CV-665 |
| MISSION PETROLEUM CARRIERS, et al., | * | |
| Defendants. | * | |

**REPORT**

Comes now the Defendant, Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure and upon Order by this Court, files its notice to the Court regarding Plaintiff's compliance with the Court's Order on Defendant's Motion to Compel as follows:

1.    The undersigned and counsel for Plaintiff have discussed this matter. Plaintiff has produced his responses to Defendant's request for production and has placed responses to Defendant's Interrogatories in the mail to Defendant. The responses were too large to scan or fax.

Respectfully submitted,

/s/Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendant

**OF COUNSEL:**
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 9th day of October, 2006, I electronically filed the foregoing pleading with the clerk's office using the Alafile system which will send notification of such filing to the following counsel of record:

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

               /s/Caroline T. Pryor
               CAROLINE T. PRYOR