AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-29-06 | |
| NAME OF SERVER *(PRINT)* JOSE CASTILLO | TITLE DEPUTY CONSTABLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 2052 DES JARDINES STREET HOUSTON, TEXAS, 77023

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11-29-06___          _____
                    Date                    *Signature of Server*


                                    _____
                                    *Address of Server*


**RETURNED AND FILED**

**DEC** 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 8:00 o'clock A .M., on the 24 day of Aug , 2006.

Executed at (address) 2057 DesJardines Houston TX 77023 in

HARRIS County at 920 o'clock P .M., on the 29 day of NOV ,

06 , by delivering to ANTONIO MARTINEZ NAVARRO defendant, in person, a true copy of this Citation together with the accompanying SUMMON IN A CIVIL ACTION copy(ies) of the Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this 29 day of NOV , 2006.

Fee: $ 50.00

CONSG Victor Trevino

_____ of HARRIS County, Texas

By J. Castillo Unit#6C17
                        Deputy

*[Notary seal: Oscar Comeaux, Notary Public, State of Texas, My Commission Expires April 10, 2007]*

On this day, J Castillo , known to me to be the person whose signature appears on the foregoing return, personally appeared . After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 29 day of NOV , 2006

Oscar Comeaux
                Notary Public

CONSTABLES RETURN
Transfer to _PCT 6_

Came to hand on the **23** day of _OCTOBER_ , 20**06**
at **1258** o'clock _____ **P** _____ M., and not executed by this Officer for reasons below:

THERE IS NO SUCH ADDRESS IN PASADENA
CONTACTED DEPUTY ISRAEL PEREZ
TO RETURN IT TO HIM, BECAUSE NO
WORK ADDRESS THAT IS GOOD.

Fees _____ cop __ $ _____

By _____ , Deputy

GARY L. FREEMAN, Constable
Precinct No. 2, Harris County, Texas

II-034
Δ

ᗺA 140 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama, Northern Division _____

WILLIAM D. BOWDEN

**SUMMONS IN A CIVIL ACTION**

V.

MISSION PETROLEUM CARRIERS, ANTONIO
MARTINEZ NAVARRO

CASE NUMBER:    2:06cv665-WHA

RETURNED AND FILED

DEC 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF AL.

TO: (Name and address of Defendant)

Antonio Martinez Navarro
2052 Des Jardines Street
Houston, Texas 77023

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES G. BODIN, ESQ.
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8/16/06

CLERK                                                DATE

(By) DEPUTY CLERK