IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. BOWDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| **MISSION PETROLEUM CARRIERS,** ) | |
| **ANTONIO MARTINEZ NAVARRO** ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFF'S MOTION TO EXTEND THE EXPERT DISCLOSURE DEADLINE

Comes now the Plaintiff William D. Bowden, by and through undersigned counsel and respectfully requests an extension of time to disclose the names, reports, and entire nature of its expert testimony as required by Rule 26 (a)(2)Fed.R.Civ.P., as follows:

1. At the time of filing this lawsuit counsel for the Plaintiff and Defendants were aware that deadlines set by the original uniform scheduling order may need to be modified due to information that would be made available at later dates. First, at the time of initial disclosures the Plaintiff was still receiving medical treatment impairment ratings etc. were not assigned by his treating physician Dr. Patrick Ryan, and the Plaintiff recently in December, 2006, served Defendant Antonio M. Navarro in Houston, Texas and his deposition has not been taken.

2. Today the Plaintiff produced his expert disclosures to the Defendants, which is attached. However, Plaintiff requires additional time to produce all required expert information, as follows: Plaintiff will retain Michael D. Staff, a vocational disability consultant from Birmingham, Alabama, to serve and render an expert opinion in this case. Mr. Staff is a vocational disability specialist and is expected to give a vocational disability rating to Plaintiff William Bowden and testify concerning his vocational re-training and the estimated costs for

vocational re-training for the Plaintiff. However, Plaintiff will need additional time to produce all of Mr. Staff's Rule 26(a)(2) expert disclosure information. an extension is required because at this time, Mr. Staff cannot conduct a vocational evaluation with the Plaintiff until he receives the final results of the Functional Capacity Evaluation (FCE) and the final report of physical limitations placed upon the Plaintiff by neurosurgeon Dr. Patrick G. Ryan, M.D.. This final report from Dr. Ryan with restrictions etc.. has not been received to date but is expected in the next few weeks. The final reports from Dr. Ryan and a summary of the grounds for each opinion, subject matter or area on which he is expected to testify, and the substance of his facts or opinions to which Mr. Staff is expected to testify will be forwarded to the Defendants following the disability evaluation and our receipt of this information from Mr. Staff and Dr. Ryan.

   WHEREFORE, above premises considered, Plaintiff respectfully requests an extension of time to disclose the entire nature of its expert testimony as required by Rule 26 Fed.R.Civ.P. from Mr. Staff and the Plaintiff's medical providers until this information is produced to the Plaintiff and can be evaluated by the experts serving in this case.

   Respectfully submitted this 9th day of January, 2007.

                                                                /s/ James G. Bodin
                                                              **JAMES G. BODIN (BOD005)**
                                                              Counsel for Plaintiff

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax
lawtalk2@hotmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the document(s) above via email and/or U.S. Mail, postage prepaid, to the following attorneys of record, on this the 9th day of January, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

    /s/ James G. Bodin
    Of Counsel