IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv665-WHA |
| ) | |
| MISSION PETROLEUM CARRIERS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on Plaintiff's Motion to Extend the Expert Disclosure Deadline (Doc. #17).

For good cause shown, the motion is GRANTED to the following extent:

1. The deadline for full disclosure as to expert witnesses is extended from January 9, 2007 to February 9, 2007, for the Plaintiff, and the deadline for full disclosure as to experts is continued from February 9, 2007 to March 9, 2007 for the Defendants.

2. The court is agreeable to resetting the trial of this case for the term commencing December 10, 2007, with new deadlines appropriate for that term. If the parties wish to do this, they should **by January 30, 2007**, file a Revised Report of Parties Planning Meeting setting out any requested changes in currently established deadlines.

DONE this 16th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE