IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv665-WHA |
| | ) |
| MISSION PETROLEUM CARRIERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

No Revised Report of Parties Planning Meeting having been filed by the parties by January 30, 2007, as permitted by the order of the court (Doc. #18), entered on January 16, 2007, it is hereby

ORDERED that all currently established deadlines under the Uniform Scheduling Order shall remain in full force and effect. The only deadlines included in the Uniform Scheduling Order which are changed are the extension of expert witness disclosures to February 9, 2007 for the Plaintiff and March 9, 2007 for the Defendants. The parties are bound by all other deadlines set out in the original order.

DONE this 1st day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE