IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:06-cv-665 |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF FILING DEFENDANTS' EXPERT DISCLOSURES**

      Defendants Mission Petroleum Carriers and Antonio Martinez Navarro hereby give notice of filing Defendants' Expert Disclosures.

      Respectfully submitted on the 28th day of February, 2006.

                                                /s/ Caroline T. Pryor
                                                VINCENT A. NOLETTO, JR. (NOLEV3868)
                                                CAROLINE T. PRYOR(PRYOC2802)
                                                Attorney for Defendants

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251)626-9340 telephone
(251)626-8928 facsimile
ctp@carrallison.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 28th of February, 2006, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

      James Bodin, Esq.
      McPhillips, Shinbaum & Gill, LLP
      P.O. Box 64
      Montgomery, AL 36101-0064

                                                /s/ Caroline T. Pryor
                                                CAROLINE T. PRYOR

      **IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM D. BOWDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:06-cv-665** |
| | ) | |
| **MISSION PETROLEUM CARRIERS, ANTONIO MARTINEZ NAVARRO** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**DEFENDANTS' EXPERT DISCLOSURES**

---

COME NOW the Defendants, Mission Petroleum Carriers and Antonio Navarro, and pursuant to the Federal Rules of Civil Procedure and by way of supplement to Plaintiff's discovery requests, designate the following experts:

1. Doug Miller, vocational disability consultant, 813 Downtowner Blvd., Suite C, Mobile, Alabama; 1-251-432-6335. A copy of Mr. Miller's resume is enclosed. Mr. Miller is a vocational disability specialist and is expected to testify concerning Mr. Bowden's vocational status, including jobs available to him within restrictions assigned by his treating physicians. In addition, the Defendants have requested Plaintiff present to Mr. Miller for a vocational assessment. It is expected that Mr. Miller will render opinions regarding the vocational assessment that he conducts in addition to the aforementioned matters. Mr. Miller has not yet generated a report. However, following a vocational assessment, as conducted by Mr. Miller, a report will be generated and provided.

2. The Defendants reserve the right to call Plaintiff's treating providers including:

   a. Patrick Ryan, M.D.;

   b. Mike Easterling, M.D., Montgomery Neurosurgical Associates;

   c. Roger Kemp, M.D., Central Alabama Pain Management Center, P.C.,

1722 Pine Street, Montgomery, Alabama 36106;

   d. Caudill Miller, M.D., 1722 Pine Street, Montgomery, Alabama 36106;

   e. Patrick Couch, M.D., Physicians Pain Specialist, Mobile, Alabama 36607;

  3. Any and all physicians who have treated Plaintiff for injuries at any time but have not previously been disclosed and are later discovered during the course of discovery.

  4. Defendants reserve the right to supplement their expert disclosures in accordance with the Federal Rules of Civil Procedure and the scheduling order entered in this case.

             Respectfully submitted,


             __/s/ Caroline T. Pryor_____
             VINCENT A. NOLETTO, JR. (NOL008)
             CAROLINE T. PRYOR (PRY005)
             Attorneys for Defendant

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this 28th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

             /s/ Caroline T. Pryor_____
             OF COUNSEL