IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-cv-665 |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING DEFENDANTS' EXHIBIT AND WITNESS LIST AND DEPOSITION DISCLOSURE**

Defendants Mission Petroleum Carriers and Antonio Martinez Navarro hereby give notice of filing Defendants' Exhibit List and Defendants' Witness List, and Deposition Disclosure.

Respectfully submitted on the 2nd day of April, 2007.

                                            /s/ Caroline T. Pryor
                                            VINCENT A. NOLETTO, JR. (NOLEV3868)
                                            CAROLINE T. PRYOR(PRYOC2802)
                                            Attorney for Defendants

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251)626-9340 telephone
(251)626-8928 facsimile
ctp@carrallison.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 2nd of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

    James Bodin, Esq.
    McPhillips, Shinbaum & Gill, LLP
    P.O. Box 64
    Montgomery, AL 36101-0064

                                            /s/ Caroline T. Pryor
                                            CAROLINE T. PRYOR