## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:06-cv-665 |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANTS' EXHIBIT LIST

Comes now the Defendants, Antonio Navarro and Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure provides the following exhibit list:

1. The medical records of Dr. Larry Epperson/Neurological Consultants;

2. The medical records of Dr. Patrick Ryan;

3. FCE performed by Healthsouth dated December 19, 2006;

4. FCE performed by Rehab Associates dated May 17, 2005;

5. FCE performed by Rehab Associates dated November 13, 2005;

6. Written report prepared by expert, Doug Miller;

7. Records produced by Schneider Logistics;

8. Records produced by Montgomery Imaging Center;

9. All documents relied upon by any expert identified by the Defendants;

10. Plaintiff's wage records;

11. Defendants reserve the right to use any records used by Plaintiff;

12. Defendants reserve the right to supplement this list.

                                               /s/Caroline T. Pryor
                                              VINCENT A. NOLETTO, JR. (NOL008)
                                              CAROLINE T. PRYOR (PRY005)
                                              Attorneys for Defendants

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

/s/Caroline T. Pryor
OF COUNSEL