**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:06-cv-665 |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANTS' WITNESS LIST**

Comes now the Defendants, Antonio Navarro and Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure provides the following witness list:

1. Plaintiff;

2. Antonio Navarro, 2052 Des Jardines Street, Houston, Texas 77023;

3. Doug Miller, Vocational Expert, Post Office Box 161572, Mobile, Alabama 36616;

4. The Defendants reserve the right to call all previously disclosed experts;

5. The Defendants reserve the right to call anyone necessary for impeachment;

6. The Defendants reserve the right to call anyone listed on Plaintiff's Witness List;

7. The Defendant reserve the right to supplement this list as allowed by law;

8. The Defendants reserve the right to call anyone who identify is disclosed in later discovery.

   /s/Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendants

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526

251-626-9340
ctp@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 3rd of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

                                         /s/Caroline T. Pryor
                                         OF COUNSEL