IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-cv-665 |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO ) | |
| ) | |
|     Defendants. ) | |

## DEPOSITION DISCLOSURE

Come now the Defendants, Antonio Navarro and Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure disclosed the following deposition testimony as that which they may use at the trial of this matter:

1. Excerpts from the deposition of Plaintiff;

2. Any deposition taken by any medical expert in this matter, including but not limited to, Drs. Ryan and Epperson;

3. The deposition testimony of any party's vocational expert.

4. The Defendants reserve the right to supplement this list as allowed by law and is necessitated by further discovery;

5. The Defendants reserve the right to use any deposition testimony identified by Plaintiff; and

6. The Defendants reserve the right to use any deposition testimony necessary for impeachment.

   /s/Caroline T. Pryor_____
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendants

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 3rd of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

                                        /s/Caroline T. Pryor
                                        OF COUNSEL