IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-cv-665 |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXTEND THE
DISCOVERY DEADLINE**

Come now the Defendants, Antonio Navarro and Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure respectfully request that this Honorable Court allow the parties to extend their current discovery deadline by 30 days to May 15, 2007. One of the Defendants, Antonio Navarro, is an individual living in Houston, Texas. The undersigned has difficulty in scheduling meetings with him for the purpose of completing discovery responses. While Mr. Navarro has expressed a willingness to participate in the defense of this matter, his work schedule makes it very difficult for him to make contact with the undersigned. Therefore, and with the agreement of Plaintiff's counsel, the undersigned is respectfully requesting this Honorable Court an additional 30 days in which to complete discovery so as to accommodate Mr. Navarro's schedule. The parties do not seek to move other deadlines at this time.

  /s/Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendants

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 3rd of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

                                            /s/Caroline T. Pryor
                                            OF COUNSEL