IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:06-cv-665 |
| MISSION PETROLEUM CARRIERS, ANTONIO MARTINEZ NAVARRO | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXTEND THE DISCOVERY DEADLINE

Come now the Defendants, Antonio Navarro and Mission Petroleum Carriers, Inc., and pursuant to the Federal Rules of Civil Procedure respectfully request that this Honorable Court allow the parties to extend their current discovery deadline by 30 days to May 15, 2007. One of the Defendants, Antonio Navarro, is an individual living in Houston, Texas. The undersigned has difficulty in scheduling meetings with him for the purpose of completing discovery responses. While Mr. Navarro has expressed a willingness to participate in the defense of this matter, his work schedule makes it very difficult for him to make contact with the undersigned. Therefore, and with the agreement of Plaintiff's counsel, the undersigned is respectfully requesting this Honorable Court an additional 30 days in which to complete discovery so as to accommodate Mr. Navarro's schedule. The parties do not seek to move other deadlines at this time.

**MOTION GRANTED**

SO ORDERED
THIS 4th DAY OF April, 2007.
_____
UNITED STATES DISTRICT JUDGE

/s/Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendants