**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| **MISSION PETROLEUM CARRIERS,** ) | |
| **ANTONIO MARTINEZ NAVARRO** ) | |
| ) | |
| **Defendants.** ) | |

### DEPOSITION DISCLOSURE

**COMES NOW,** the Plaintiff, William D. Bowden, and pursuant to the Federal Rules of Civil Procedure disclose the following deposition testimony as that which they may use at the trial of this matter:

1. The deposition of any medical doctor taken in this matter included but not limited to Dr. Patrick Ryan and Dr. Mont Highley;

2. The deposition of Mike Staff;

3. The deposition of Trooper Clint Harrell;

4. The Plaintiff reserves the right to supplement this list as allowed by law as necessitated by further discovery and depositions taken in this case;

5. The Plaintiff reserves the right to use any deposition testimony identified by the Defendants; and

6. The Plaintiff reserves the right to use any deposition testimony necessary for impeachment.

Dated this the  9th  day of April, 2007.

**McPhillips, Shinbaum, & Gill, L.L.P.**
516 S. Perry Street                                                  /s/ James G. Bodin
P.O. Box 64                                                          JAMES G. BODIN
Montgomery, AL  36101-0064                                           Attorney for the Plaintiff
PH.(334) 262-1911
FAX(334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by delivery U.S. mail on this the  9th   day of April, 2007.

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ James G. Bodin
　　　　　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL