**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WILLIAM D. BOWDEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| **MISSION PETROLEUM CARRIERS,** ) | |
| **ANTONIO MARTINEZ NAVARRO** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFFS' EXHIBIT LIST

**COMES NOW** the Plaintiff, William Darrell Bowden, in the afore styled cause and submits their list of trial Exhibits, including:

1. Exhibit 1- Alabama Uniform Traffic Accident Report;

2. Exhibit 2- Deposition of Dr. Patrick Ryan with exhibits;

3. Exhibit 3 - Deposition of Dr. Mont Highley with exhibits;

4. Exhibit 4 - Vocational Report from Mike Staff;

5. Exhibit 5- Letter from Paula Scales with Providence Property and Casualty dated September 18, 2006 evidencing TTD benefits paid;

6. Exhibit 6- Letter from Paula Scales with Providence Property and Casualty dated September 21, 2006 evidencing medical benefits paid;

7. Exhibit 7 - Case Summary form signed from Providence Property and Casualty;

8. Exhibit 8 - Statement signed by Defendant Navarro on the date of this collision.

9. Exhibit 9 - Driver's statement of Accident Facts by Defendant Navarro given to his employer;

10. Exhibit 10 - Signature page of Personnel Policies signed by Defendant Navarro

on March 14, 2004;

11. Exhibit 11 - Defendant Navarro's pay stub from Mission Petroleum Carriers dated May 25, 2004;

12. Exhibit 12 - Mission Petroleum Carriers' Professional Driver Handbook (26 pgs.);

13. Exhibit 13- Huntsman Bill of Lading;

14. Exhibit 14- Huntsman Jefferson County Operations weight information;

15. Exhibit 15- Huntsman Lab report;

16. Exhibit 16- Mission Petroleum Carriers' shipment details;

17. Exhibit 17- Gene's Road Service tow bill;

18. Exhibit 18- Payment details for Gene's Road Service;

19. Exhibit 19- Mission Petroleum Carriers, Inc. DOT Employee Information;

20. Exhibit 20-Mission Leasing, Inc. Purchase Order showing repair costs;

21. Exhibit 21- Brenner Tank Services, LLC repair invoice;

22. Exhibit 22- Crawford & Company Southeast Pallet & Box property repair estimate;

23. Exhibit 23- Crawford & Company Service Invoice ;

24. Exhibit 24- Defendant Mission Petroleum Carriers' Answers to Interrogatories and Request for Production of Documents;

25. Exhibit 25 - Defendant Navarro's Answers to Interrogatories and  Request for Production of Documents;

26. Exhibit 26 - Defendant Mission Petroleum Carriers' responses to Plaintiff's Requests for Admissions;

27. Exhibit 27 - Defendant Navarro's responses to Plaintiff's Requests for Admission;

28. Exhibit 28 - Plaintiff's responses to Interrogatories;

29. Exhibit 29- Plaintiff's responses to Requests for Production;

30. Exhibit 30- Plaintiff's responses to Requests for Admissions;

31. Exhibit 31 - Photos taken of the accident site;

32. Exhibit 32 - Photos taken by Southeast Pallet & Box and/or their employees and/or representatives of the accident scene and/or vehicles involved in the collision;

33. Exhibit 33 - Photos taken by Crawford and Company and/or their employees, adjusters, and/or representatives of the accident scene, damages, and/or vehicles involved in the collision;

34. Exhibit 34 - Itemized list of benefits paid from Providence Property and Casualty;

35. Exhibit 35 - Physician's orders from Dr. Patrick Ryan;

36. Exhibit A - Medical records and bills from Dr. Mont Highley;

37. Exhibit B - Medical records and bills from Montgomery East Physical Therapy;

38. Exhibit C - Medical records and bills from Montgomery Imaging Center;

39. Exhibit D - Medical records and bills from Central Alabama Pain Management Center and/or Dr. Roger Kemp;

40. Exhibit E - Medical records and bills from Jackson Hospital;

41. Exhibit F - Medical records and bills from Neurology Consultants and/or Dr. Caudill Miller;

42. Exhibit G - Medical records and bills from Rehab Associates;

43. Exhibit H - Reports, medical records and bills from Dr. Patrick Couch;

44. Exhibit I - Medical records and bills from Dr. Patrick Ryan;

45. Any and all Exhibits listed and/or identified through discovery, depositions and/or documents produced pursuant to discovery requests or requests for production;

46. Any exhibits documented, mentioned and/or referred to in depositions taken in this case;

47. Any documents, photos, and/or information received by the Plaintiffs and produced in response to a non-party subpoena.

48. Any documents, photos, and/or information received by the Plaintiffs and produced in response to a non-party subpoena to Southeast Box & Pallet and/or Crawford and Company.

49. Any exhibits listed on the Defendants' Exhibit List;

50. Plaintiffs reserves the right to amend this list before trial.

Done this 9th day of April, 2007.

/s/ James G. Bodin
**JAMES G. BODIN (BOD005)**

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the following attorneys of record, on this the __9th__ day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

                                                /s/ James G. Bodin
                                                Of Counsel