**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM D. BOWDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06-CV-665 |
| | ) | |
| **MISSION PETROLEUM CARRIERS,** | ) | |
| **ANTONIO MARTINEZ NAVARRO** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S WITNESS LIST**

**COMES NOW** the Plaintiff William Darrell Bowden, in the afore styled cause and submits this list of individuals who may or may not be called at the trial of this matter:

1. William D. Bowden
   7780 Rosemary Woods Drive
   Eight Mile, Alabama 36613

2. Alabama State Trooper Clint Harrell and/or any law enforcement officers at the scene of the collision and/or who investigated or have knowledge of this wreck, live and/or by deposition.

3. Michael D. Staff, Vocational Disability Consultant
   Case Management, Inc.
   2870 Old Rocky Ridge, Road, Suite 120
   Birmingham, Alabama 35243; live and/or by deposition.

4. Dr. Mont Highley, 440 Taylor Road, Suite 3100, Montgomery, Alabama 36117, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

5. Dr. Dr. Caudill Miller, 1722 Pine Street, Montgomery, Alabama 36106, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

6. Dr. Patrick Ryan, 1722 Pine Street, Montgomery, Alabama 36106, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition

7. Dr. Patrick Couch, 2001 Spring Hill Avenue, Mobile, Alabama 36607, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

8. Jackson Hospital 1725 Pine Street, Montgomery, Alabama 36106, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

9. Dr. Roger Kemp, 1722 Pine Street, Suite 704, Montgomery, Alabama 36106, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

10. Montgomery Imaging Center, 2670 Zelda Road, Montgomery, Alabama 36107, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

11. Montgomery East Physical Therapy, 499 St. Lukes Drive, Montgomery, Alabama 36117, and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

12. Rehab Associates, 100 Rumbling Waters Drive, Wetumpka, Alabama 36092 and/or the custodian of records and/or custodian of medical bills, live and/or by deposition.

13. Any and all medical providers and/or personnel that treated Mr. Bowden or providers that have been listed in correspondence or the Plaintiff's medical records, live and/or by deposition.

14. Any and all medical providers who rendered medical or emergency treatment for injuries sustained as result of this collision.

14. Paula Scales
    PPC Claims Department
    4760 Preston Road, Ste 244
    PMB#351
    Frisco, TX 75034 and/or including a representative of Providence Property and Casualty who can testify as to the worker's compensation benefits paid to the Plaintiff with supporting documentation;

15. Angela Porter, Transpak Solutions, Post Office Box 36220, Louisville, KY 40233; 800-304- 5146

16. Woody Griffin or a representative from the Plaintiff's employer with knowledge of this collision and the Plaintiff's injuries; Southeast Pallet & Box, 4596 Washington Ferry Road, Montgomery, Alabama 36108.

15. Billy Carroll, Southeast Pallet & Box, 4596 Washington Ferry Road, Montgomery, Alabama 36108 and/or a supervisor/employee with knowledge of

<blockquote>this collision and/or who took photos and/or assisted Mr. Bowden at the scene following this wreck;</blockquote>

15.   Al Nelson, Crawford & Company, P.O. Box 1591, Montgomery, AL 36102

16.   Mike Campbell, Crawford & Company, Dothan, AL;

17.   Matthew Anderson, Gerald Atlee, Crawford & Company, Birmingham, AL and/or a representative of Crawford and Company who can testify as to vehicle property damage claims with supporting photos and documentation.

18.   Any and all persons who handled insurance claims for any party involved in the wreck and/or representatives or employees of any party pr their insurer who filed damage claims.

19.   Any and all persons who took photographs of the collision scene, Mr. Bowden, and/or the vehicles involved in the wreck.

20.   Any and all medical providers and physicians who treated the Plaintiff at Jackson Hospital.

21.   Any person who witnessed the accident, the scene and/or were at the accident scene prior to the accident, including but not limited to all persons who saw Defendant Navarro prior to the collision.

22.   Any and all persons who witnessed the auto collision, the scene, and/or vehicles involved before or after the wreck, including but not limited to those persons who may have taken photos of the vehicles and/or collision scene.

23.   Any and all witnesses listed or identified through discovery including but not limited to initial disclosures, answers to interrogatories, pretrial discovery, depositions and/or documents produced pursuant to requests for production.

24.   Any person named, mentioned or referred to in correspondence and/or depositions taken in this case.

25.   All persons listed in letters/correspondence between the parties' counsel as witnesses, all witnesses listed in Plaintiffs' discovery responses, and named or identified in depositions taken in this case.

26.   Any person needed for rebuttal at trial.

27.   Any person listed on the Defendants' Witness List.

28.   Plaintiff reserves the right to supplement this witness list before trial.

Done this 9th day of April, 2007.

    /s/ James G. Bodin
**JAMES G. BODIN (BOD005)**
Counsel for Plaintiff

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the following attorneys of record, on this the 9th day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

    /s/ James G. Bodin
Of Counsel