## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. BOWDEN,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 2:06-CV-665 |
| | ) |
| **MISSION PETROLEUM CARRIERS,** | ) |
| **ANTONIO MARTINEZ NAVARRO** | ) |
| | ) |
|    **Defendants.** | ) |

### PLAINTIFF'S AMENDED WITNESS LIST

**COMES NOW** the Plaintiff William Darrell Bowden, in the afore styled cause and submits this amended list of individuals who may or may not be called at the trial of this matter:

1. Todd Wright
   1777 North East Loop 140, Suite 410
   San Antonio, Texas 78217

Done this 11th day of April, 2007.

       /s/ James G. Bodin
      **JAMES G. BODIN (BOD005)**
      Counsel for Plaintiff

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax

### CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage prepaid, to the following attorneys of record, on this the  11th  day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

                /s/ James G. Bodin
                Of Counsel