IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM D. BOWDEN,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06-CV-665 |
| | ) | |
| **MISSION PETROLEUM CARRIERS,** | ) | |
| **ANTONIO MARTINEZ NAVARRO** | ) | |
| | ) | |
|    **Defendants.** | ) | |

### MOTION FOR CONTEMPT AND/OR MOTION TO COMPEL PRODUCTION AND COMPLIANCE WITH SUBPOENA TO A NON-PARTY

COMES NOW the Plaintiff by and through undersigned counsel and respectfully requests this Honorable Court to compel non-party Southeast Pallet and Box Company and owner Woody Griffin to produce documents as requested in the non-party subpoena as required by Rules 34 and 45 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff shows the following:

    1.    On or about May 13, 2004, employee-Plaintiff William Bowden was driving a flatbed truck for Southeast Pallet and Box and/or Southern Carriers when his stationary truck was rear-ended on Interstate I-65 near Greenville, Alabama, by Defendant Antonio M. Navarro, who was operating a commercial 18-wheeler on behalf of Defendant Mission Petroleum Carriers. Follwing the wreck, Plaintiff's supervisor from Southeast Pallet and Box, a gentlemen named Billy, arrived at the scene from Montgomery and took various photos of the scene and trucks involved in this collision.

    2.    Plaintiff served non-party Southeast Box and Pallet with the attached non-party subpoena on or about January 17, 2007. [See Exhibit B]. Non-party Southeast Pallet and Box and owner Woody Griffin submitted the attached response to the Plaintiff's subpoena on January

29, 2007 [see Exhibit A] but failed to completely answer and/or produce information requested in the Plaintiff's non-party subpoena. Plaintiff believes Southeast Box and Pallet and/or its owner Woody Griffin has knowledge of who has possession of the photographs taken by their employee Billy and has refused to disclose this information to the Plaintiff.

3.      Before filing this discovery motion, on or about April 4, 2007, counsel spoke to Southeast Pallet's owner Woody Griffin who advised he would search for the information requested in the subpoena and call back Plaintiff's counsel once he returned from out-of-town on Friday, April 6. Since this conversation, Plaintiff's counsel has left numerous messages with Southeast Pallet and Mr. Griffin but no messages have been returned.

**WHEREFORE**, the above premises considered, Plaintiff respectfully requests that this Honorable Court compel non-party Southeast Pallet and Box and owner Woody Griffin to answer Plaintiff's subpoena request, produce the requested documentation and assist the parties with discovery in this case.

Respectfully submitted on this   11   day of April, 2007.

OF COUNSEL:
**McPHILLIPS, SHINBAUM,  L.L.P.**
516 S. Perry Street
P. O. Box 64                                              /s/ James G. Bodin
Montgomery, Alabama  36101                JAMES G. BODIN (BOD005)
(334) 262-1911

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the document(s) above via email and/or U.S. Mail, postage prepaid, to the following attorneys of record, on this the 11$^h$ day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

                                        /s/ James G. Bodin
                                        Of Counsel



SUBPOENA IN A CIVIL CASE

Civil Action number: 2:06-cv-665

William Bowden :plaintiff

v.

Mission Petroleum Carriers

EXHIBIT A

1. Southeast Pallet & Box does not have any photographs or video involved in a collision on May 13, 2004.

2. Southeast Pallet & Box does not have any photographs or video involved in a collision scene on May 13, 2004 with William Bowden.

3. Southeast Pallet & Box does not have any reports, or property damages resulting from a collision on May 13, 2004

*[signature]*  1/29/07
W.H. GRIFFIN
Southeast Pallet & Box

265-4807

PLAINTIFF'S EXHIBIT B

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

WILLIAM D. BOWDEN )
)
    Plaintiff, ) **SUBPOENA IN A CIVIL CASE**
)
v. ) Civil Action No.: 2:06-CV-665
)
MISSION PETROLEUM CARRIERS, et al. )
)
    Defendants. )

To:    Southeast Pallet & Box Co
        4596 Washington Ferry Road
        Montgomery, Alabama 36108

[ ] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

[ ] **YOU ARE COMMANDED** to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

[X] **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objections at the place, date and time specified below (list documents of objects): **SEE EXHIBIT "A" ATTACHED**

| PLACE   James G. Bodin, Esq.<br>McPhillips Shinbaum, LLP., 516 S. Perry Street, Montgomery, Alabama 36104 | DATE AND TIME |
|---|---|

[ ] **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Federal Rules of Civil Procedure, 30(b)(6).*

Issuing Officer Signature and Title (Indicate if Attorney for Plaintiff or Defendant)    DATE

_/s/ Bodin_      Attorney for Plaintiff      1-17-07

Issuing Officer's Name, Address and Phone Number      Date

James G. Bodin, Esq.   McPhillips Shinbaum, LLP, 516 S. Perry Street, Montgomery, Alabama 36104   334-262-1911

# EXHIBIT A

Produce and permit the Plaintiff to inspect and to copy each of the following documents:

1. Any and all photographs and/or video of the truck and trailer driven by your employee Plaintiff William Darrell Bowden and the truck/trailer owned by Defendant Mission Petroleum Carriers and involved in an automobile collision on or about May 13, 2004.

2. Any and all photographs and/or video of the scene of the auto collision involving Plaintiff William Darrell Bowden on or about May 13, 2004.

3. Any and all repair estimates and reports, property damage reports, cost of repair records and invoices, and all insurance claims listing the amount of the truck/trailer damages for the truck and trailer following the automobile collision on May 13, 2004.

**NOTE:** <u>These documents are being requested for the purpose of evaluating, preparing, and litigating a lawsuit filed by the above-named employee, and the information requested herein is the minimum necessary in order to serve said purpose.</u>

\*\*This subpoena shall be deemed to be continuing in nature and requires its recipient to produce additional records fitting the above description which may be drafted after the date of this subpoena. Production of such future documents must be produced in the same manner as requested in this subpoena without the issuance of a new subpoena by this Court.