## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM D. BOWDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:06-CV-665** |
| | ) | |
| **MISSION PETROLEUM CARRIERS,** | ) | |
| **ANTONIO MARTINEZ NAVARRO** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO COMPEL

**COMES NOW** the Plaintiff, by and through undersigned counsel and respectfully requests this Honorable Court to compel Defendant Antonio M. Navarro to produce consolidated discovery responses to the Plaintiff. In support of this motion, Plaintiff shows the following:

1.  Plaintiff served Defendant Navarro with the complaint and consolidated discovery in Houston, Texas on November 29, 2006 by a representative of the Harris County Constable's Office. To date, Defendant Navarro has failed to submit discovery responses.

2.  Before filing this discovery motion, Plaintiff's counsel sent a letters dated February 20, 2007, March 20, 2007 and April 3, 2007 requesting discovery responses and/or attempting to resolve the subject of the discovery motion. [See Exhibits 1-3].

**WHEREFORE**, the above premises considered, Plaintiff respectfully requests that this Honorable Court compel Defendant Navarro to answer Plaintiff's consolidated discovery.

Respectfully submitted on this 13<u>th</u> day of April, 2007.

OF COUNSEL:
**McPHILLIPS, SHINBAUM, L.L.P.**
516 S. Perry Street
P. O. Box 64                                             /s/ James G. Bodin
Montgomery, Alabama  36101                    JAMES G. BODIN (BOD005)

(334) 262-1911

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the document(s) above via U.S. Mail, postage
prepaid, to the following attorneys of record, on this the <u>13th</u> day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

   /s/ James G. Bodin
Of Counsel

# McPhillips Shinbaum, L.L.P.

### ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

Julian L. McPhillips, Jr. *
Kenneth Shinbaum
Mary Goldthwaite
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Elizabeth Bern Spear
Allison Highley***

Of Counsel:
  G. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also admitted in NY

**Also admitted in DC

***Only admitted in WA State

Office Admin. Amy Strickland

February 20, 2007

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

RE:     **William Darrell Bowden v. Mission Petroleum Carriers, et al.**
        **2:06 CV-0665-WHA**

Dear Caroline:

Recently Mr. Bowden was seen in Mobile by your disability expert Mr. Doug Miller. I would appreciate it if Mr. Miller has in hand Dr. Patrick Ryan's last recommendation on restrictions returning to work dated January 31, 2007 wherein Dr. Ryan advised "driving only, no lifting," before Mr. Miller issues his final report.

We also sent discovery to Mr. Navarro with the complaint which is currently past due. Please advise when Mr. Navarro's discovery responses will be sent.

As we discussed previously, I will depose Dr. Ryan in May at a date to be determined by us. We sent a list a medical providers with amounts billed with the Plaintiff's discovery responses. Most of these bills flow through Dr. Ryan etc. Please call me to discuss trial stipulations on medicals so I can arrange any depositions that have to be scheduled. Also, I will request to have claims adjuster Ms. Paula Scales and/or a representative from the worker's compensation carrier Providence Property and Casualty at trial to testify as to lost wages and medical bills paid etc. unless we can stipulate on the admissibility of this information

Please call me upon receipt to discuss.

Sincerely,

JAMES G. BODIN

JGB/jsl

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

lian L. McPhillips, Jr.*
nneth Shinbaum
ron J. Luck
mes G. Bodin**
seph C. Guillot
zabeth Bern Spear
ison H. Highley***

Counsel:
. William Gill

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted in NY
**Also Admitted in DC
***Also Admitted in WA
Office Admin. Amy Strickland

March 20, 2007

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

<u>Via fax and mail</u>

RE:   <u>**William Darrell Bowden v. Mission Petroleum Carriers, et al.**</u>
      **2:06 CV-0665-WHA**

Dear Caroline:

To confirm our telephone conversation today, the Defendants will stipulate to the admission of the Plaintiff's medical evidence (records and bills) at trial as reasonable and necessary and Plaintiff will not need to call the custodian of the records to trial to introduce these records. These providers were previously listed in correspondence and Plaintiff's discovery responses.

You confirmed you spoke with your client and there are no photographs of the trucks/trailers involved in this collision or photos of the scene etc.

We also sent discovery to Mr. Navarro with the complaint which is currently past due and past due the extension. Please advise when Mr. Navarro's discovery responses will be sent. As I said, Plaintiff requires this information as discovery deadlines are approaching and court deadlines will be compromised if this information isn't produced.

Please advise if we can agree to stipulate to the introduction of records from the Plaintiff's worker's compensation provider Providence Property and Casualty concerning lost wages, TTD, and medicals paid etc. These records were produced previously in correspondence and discovery. I will forward any additional information I receive. Please give me a decision on this on or before March 27 as I must depose their representative to introduce this information otherwise as they are located in Texas.

# McPhillips Shinbaum, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104

lian L. McPhillips, Jr.*
nneth Shinbaum
ary Goldthwaite
aren Sampson Rodgers
aron J. Luck
mes G. Bodin**
seph C. Guillot
izabeth Bern Spear
lison Highley***

Counsel
  G. William Gill

TELEPHONE (334) 262-1911
TOLL FREE (866) 224-8664
FAX (334) 263-2321

Mailing Address
Post Office Box 64
Montgomery, Alabama 36101

*Also Admitted
 in New York

**Also Admitted
  in District of Columbia

***Only Admitted
   in Washington State

Office Administrator
Amy Strickland

April 3, 2007

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

<u>Via fax and mail</u>

RE:    <u>**William Darrell Bowden v. Mission Petroleum Carriers, et al.**</u>
        **2:06 CV-0665-WHA**

Dear Caroline:

As requested again in my letter dated March 20, we sent discovery to Mr. Navarro with the complaint that is past due and past due the extension. Please advise when Mr. Navarro's discovery responses will be sent. As I said, Plaintiff requires this information as discovery deadlines are approaching and our court deadlines will be compromised if this information isn't produced.

I also asked on March 20th letter if we can agree to stipulate to the introduction of records from the Plaintiff's worker's compensation provider Providence Property and Casualty concerning lost wages, TTD, and medicals paid etc. These records were produced previously in correspondence and discovery. I will forward any additional information I receive. I asked for a decision on this on or before March 27 as I must arrange to depose their representative to introduce this information otherwise as they are located in Texas.

As requested on March 26, I need to depose your vocational expert Doug Miller.  Please provide me with some dates he is available.

Please contact me to discuss.

Sincerely,

JAMES G. BODIN

JGB/jsl