IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV665-WHA |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of Plaintiff's Motion to Compel Production (Doc. #35), filed on April 13, 2007, and for good cause, it is

ORDERED that Defendants shall show cause in writing on or before April 30, 2007, as to why the motion should not be granted.

DONE this 16th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE