IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV665-WHA |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO, ) | |
| ) | |
| Defendants. ) | |

## AMENDED ORDER

Upon consideration of the Motion for Contempt and/or Motion to Compel Production and Compliance with Subpoena to a Non-Party, filed on April 11, 2007, and for good cause, it is

ORDERED that the defendants shall show cause in writing on or before April 26, 2007 as to why the motion should not be granted. The Clerk is directed to forward a copy of this court's order to the non-party, Southeast Pallet & Box Co, P.O. Box 1882, Montgomery, Alabama 36108.

DONE this 16th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE