IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR CONTEMPT
AND/OR MOTION TO COMPEL PRODUCTION AND COMPLIANCE
WITH SUBPOENA TO A NON-PARTY**

COMES NOW the Plaintiff by and through undersigned counsel and respectfully withdraws its motion to compel against non-party Southeast Pallet and Box Company and owner Woody Griffin. In support of this withdrawal motion, Plaintiff shows the following:

1. Today Plaintiff's counsel spoke with Mr. Woody Griffin, owner of Southeast Pallet and Box and/or Southern Carriers, the employer of Plaintiff Bowden at the time of this collision. Mr. Griffin advised counsel that neither himself, Southeast Pallet and Box and/or Southern Carriers has any photographs pertaining to this litigation and/or any other documents previously requested in the non-party subpoena directed to his company.

**WHEREFORE**, the above premises considered, Plaintiff respectfully withdraws it's motion to compel filed against non-party Southeast Pallet and Box and owner Woody Griffin.

Respectfully submitted on this 16th day of April, 2007.

OF COUNSEL:
**McPHILLIPS, SHINBAUM, L.L.P.**
516 S. Perry Street
P. O. Box 64                                    /s/ James G. Bodin
Montgomery, Alabama 36101        JAMES G. BODIN (BOD005)
(334) 262-1911

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the document(s) above via email and/or U.S. Mail, postage prepaid, to the following attorneys of record, on this the 11th day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

                                          /s/ James G. Bodin
                                          Of Counsel