IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV665-WHA |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On April 11, 2007, the plaintiff filed a Motion for Contempt and/or Motion to Compel Production and Compliance with Subpoena to a Non-Party (Doc. #33). The court entered an order requesting the defendants and the non-party to response to the motion. Accordingly, on April 16, 2007, the plaintiff's filed a Motion to Withdraw Motion for Contempt and/or Motion to Compel Production and Compliance with Subpoena to a Non-party (Doc. #38). Therefore, it is

ORDERED that the motion (Doc. #38) is GRANTED. Counsel indicated in their response that the non-party informed his office of the availability of the requested documents. This court reminds the attorneys of record in this case of the requirement that litigants seek to resolve discovery disputes by a good faith *conference* before seeking court intervention.

DONE this 17th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE