IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-cv-665 |
| ) | |
| MISSION PETROLEUM CARRIERS, ) | |
| ANTONIO MARTINEZ NAVARRO ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
EXHIBIT LIST**

Comes now the Defendants, Mission Petroleum Carriers, and Antonio M. Navarro, and pursuant to the Federal Rules of Civil Procedure and the scheduling order entered in this case, makes the following objections to Plaintiff's exhibit list.

1. Exhibit 1, Alabama Uniform Traffic Accident Report. Defendants object to this exhibit as being inadmissible hearsay.

2. Defendants object to Exhibit 7, designated as the Case Summary Form signed by Providence Property and Casualty as being inadmissible hearsay.

3. Defendants object to Exhibit 32, photographs taken by Southeast Pallet and Box and/or their employees and/or representatives of the accident scene and/or vehicles involved in this collision as documents not previously produced. To the extent that these documents are produced to the Defendants, this objection may be withdrawn.

4. Defendants object to Exhibits 36-44 to the extent not proven reasonable, customary, necessary, and related to the accident made the basis of this suit.

5. Defendants object to Plaintiff Exhibit 6, to the extent that the medical treatment evidenced therein is not proven related to the accident made the basis of this suit and the charges are not shown to be customary.

6. Defendants object to Exhibits 13-23, as being unrelated to the claims made the basis of this suit and damages sought by Plaintiff.

7. Defendants object to Plaintiff's exhibit 34 to the extent that the benefits shown therein are not proven to be customary, reasonable and related to the accident made the basis of this suit.

8. Defendants object to Plaintiff's designated exhibits 45-46, all exhibits, documents mentioned and/or referred to in depositions taken in this case to the extent that these potential exhibits are in any way inadmissible, immaterial or irrelevant to the claims made in this suit.

9. Defendants object to Plaintiff's designated exhibit 47, any documents, photos, and/or information received by the Plaintiff and produced in response to a non-party subpoena to the extent that such information is irrelevant, immaterial and otherwise inadmissible.

10. Defendants object to Plaintiff's designated exhibit 48, any documents, photos and/or information received by the Plaintiff and produced in response to a non-party subpoena to Southeast Pallet and Box and/or Crawford and Company to the extent that such information is irrelevant, immaterial and otherwise inadmissible.

  /s/Vincent A. Noletto, Jr.
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendants

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 19th of April, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin
McPhillips, Shinbaum & Gill, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064

                                                                       /s/Vincent A. Noletto, Jr.
                                                                       OF COUNSEL