**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM D. BOWDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:06-CV-665** |
| | ) | |
| **MISSION PETROLEUM CARRIERS,** | ) | |
| **ANTONIO MARTINEZ NAVARRO** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S OBJECTIONS TO THE DEFENDANTS' EXHIBIT LIST**

Comes now the Plaintiff William D. Bowden, by and through undersigned counsel and in accord with the Court's scheduling order, files these objections to the Defendants' Exhibit List:

1.      Plaintiff objects to Defendants' Exhibit 3 or the FCE Report from Healthsouth dated December 19, 2006, as this document or exhibit is inadmissible hearsay and has not been properly authenticated or a foundation established for its admissibility. Further the Plaintiff would not be able to cross-examine the person who prepared the report at trial. Evidence must be properly authenticated or identified before its admission into evidence. *Fed.R. Evd. 901(a)*; United States v. Block, 148 Fed. Appx. 904 (11th Cir. 2005). Once it is established that the record is genuine, a proper foundation must be established to admit the document. City of Tuscaloosa v. Harcros Chems.  158 F.3d. 548 (11th Cir. 1998); *Fed.R. Evd. Rule 806*.

2.      Plaintiff objects to Defendants' Exhibit 4 or the FCE Report from Rehab Associates dated May 17, 2005, as this document or exhibit is inadmissible hearsay and has not been properly authenticated or a foundation established for its admissibility. Further the Plaintiff would not be able to cross-examine the person who prepared the report at trial.

3.      Plaintiff objects to Defendants' Exhibit 5 or the FCE Report from Rehab

Associates dated November 13, 2005, as this document or exhibit is inadmissible hearsay and has not been properly authenticated or a foundation established for its admissibility. Further the Plaintiff would not be able to cross-examine the person who prepared the report at trial.

4.    Plaintiff objects to Defendants' Exhibit 6 or the "written report of expert Doug Miller" as this document is inadmissible hearsay, not relevant to the issues made basis of this suit, and has not been properly authenticated and/or a foundation established for its admissibility. Further, Mr. Miller is able to testify at trial in this case and admit this document into evidence at that time, without Plaintiff's objection.

5.    Plaintiff objects to Defendants' Exhibit 7 or the "records produced by Schneider Logistics" as Plaintiff has not seen these records collectively, these records are inadmissible hearsay and unrelated and irrelevant to the issues involved in this suit. Further, these documents have not been properly authenticated and/or a foundation established for their admissibility at trial.

6.    Plaintiff objects to Defendants' Exhibit 9 or the "all documents relied upon by any expert identified by the Defendants" as Plaintiff has not seen these records collectively and these documents have not been previously produced. Further, these records are inadmissible hearsay and are not relevant to the issues made the basis of this suit. Further, these documents have not been properly authenticated and/or a foundation established for their admissibility at trial.

7.    Plaintiff objects to Defendants' Exhibit 10 or the "Plaintiff's wage records "as Plaintiff has not seen these private records collectively, these records have not been previously produced. Further, these records are inadmissible hearsay and unrelated in scope and time to recent wages and the issues relevant in this litigation. Further, these documents have not been properly authenticated and/or a foundation established for their admissibility. Plaintiff does not

object to those wage records previously produced from employer Southern Carriers and/or

Southeast Box and Pallet.

     Done this 19th day of April, 2007.

                  /s/ James G. Bodin

                 **JAMES G. BODIN (BOD005)**
                 Counsel for Plaintiff

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax
*lawtalk2@hotmail.com*

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that I have served a copy of the document(s) above via email and/or U.S. Mail, postage prepaid, to the following attorneys of record, on this the 19th day of April, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

                 /s/ James G. Bodin
                 Of Counsel