IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. BOWDEN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| **MISSION PETROLEUM CARRIERS,** ) | |
| **ANTONIO MARTINEZ NAVARRO** ) | |
| ) | |
|     **Defendants.** ) | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANTS' DEPOSITION DISCLOSURE

**COMES NOW** the Plaintiff William D. Bowden and hereby files his written objections to Defendants' depositions which may be used at trial in this matter,

1. The deposition of the Defendants' vocational expert Doug Miller has not been taken at this time and is scheduled for a tentative date in May. Plaintiff hereby objects to the introduction of Mr. Miller's deposition and reserves the right to object to this deposition in parts or in its entirety and/or withdraw this objection following the deposition of Mr. Miller.

2. Plaintiff reserves the right to supplement this list as allowed by law and which may be necessary following further discovery and depositions to be taken in this matter.

Dated this the  19th  day of April, 2007.

**McPhillips, Shinbaum, & Gill, L.L.P.**
516 S. Perry Street                                            /s/ James G. Bodin
P.O. Box 64                                                    JAMES G. BODIN
Montgomery, AL  36101-0064                                     Attorney for the Plaintiff
PH.(334) 262-1911
FAX(334) 263-2321

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following counsel of record by delivery U.S. mail on this the 19th day of April, 2007.

Caroline T. Pryor, Esq.
CARR ALLISON
P. O. Box 1126
Daphne, Alabama 36526

                                            /s/ James G. Bodin
                                            OF COUNSEL