IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv665-WHA |
| | ) |
| MISSION PETROLEUM CARRIERS, | ) |
| ANTONIO MARTINEZ NAVARRO, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion to Compel (Doc. #35), and Defendant Antonio Martinez Navarro's Response (Doc. #44), and for good cause, it is

ORDERED that Plaintiff's motion (Doc. #35) is GRANTED. It is further

ORDERED that Defendant Navarro shall provide Plaintiff with executed discovery responses within ten (10) days of receipt of this order.

DONE this 1st day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE