IN THE U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | * |
| Plaintiff, | * |
| vs. | *    CIVIL ACTION NO. 2:06-CV-665 |
| MISSION PETROLEUM CARRIERS, et al., | * |
| Defendants. | * |

## DEFENDANTS' NOTICE OF FILING DISCOVERY

Defendants Mission Petroleum Carriers and Antonio Martinez Navarro hereby give notice of filing the following discovery:

1. Defendant Antonio Navarro's Responses to Plaintiff's Consolidated Discovery Requests;

2. Defendant Antonio Navarro's Responses to Plaintiff's First Requests for Admissions;

3. Defendant Mission Petroleum Carriers' Responses to Plaintiff's Second Request for Admissions; and

4. Defendant's Mission Petroleum Carriers' Responses to Plaintiff's Third Request for Admissions.

Respectfully submitted on the 3rd day of May, 2007.

/s/ Caroline T. Pryor
VINCENT A. NOLETTO, JR. (NOLEV3868)
CAROLINE T. PRYOR (PRYOC2802)
Attorney for Defendants

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251)626-9340 telephone
(251)626-8928 facsimile
ctp@carrallison.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this <u>3rd</u> of <u>May</u>, 2007, served a copy of the foregoing pleading upon all counsel of record via the Court's electronic filing system.

James Bodin, Esq.
McPhillips, Shinbaum & Gill, LLP
P.O. Box 64
Montgomery, AL 36101-0064

                                            <u>/s/ Caroline T. Pryor</u>
                                            CAROLINE T. PRYOR