IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM D. BOWDEN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-665 |
| ) | |
| **MISSION PETROLEUM CARRIERS,** ) | |
| **ANTONIO MARTINEZ NAVARRO** ) | |
| ) | |
|     **Defendants.** ) | |

## PLAINTIFF'S MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE

Comes now the Plaintiff William D. Bowden, by and through undersigned counsel and respectfully requests an extension of the dispositive motion deadline to May 15, 2007. In support thereof, Plaintiff shows as follows:

1.	The dispositive motion deadline was set for or about March 1, 2007. However, as granted by this Court on April 4, 2007, the discovery deadline was extended by motion of the Defendants, with the consent of the Plaintiff, to May 15, 2007. Plaintiff requests a deadline extension because discovery in this matter is not complete, the discovery deadline was extended and additional discovery was received <u>after</u> the original dispositive motion deadline of March 1st, depositions remain to be taken, and most important, the Plaintiff could not file a dispositive motion without Defendant Antonio Navarro's signed discovery responses. Further, Plaintiff required Defendant Navarro's discovery responses to adequately prepare a dispositive motion in this case and therefore, Plaintiff respectfully requests that the dispositive motion deadline is also extended to May 15, 2007. *[Discovery was served on Defendant Antonio Navarro in Houston, Texas on November 29, 2006. Following a motion to compel, Plaintiff received Defendant Navarro's signed discovery responses on May 4, 2007].*

2.    The Defendants will not be prejudiced by an extension of the dispositive motion deadline.

WHEREFORE, above premises considered, Plaintiff respectfully requests that the Court extend the dispositive motion deadline to May 15, 2007, as to accommodate the Plaintiff to file necessary motions in response to Defendant Navarro's recent discovery responses and in order to limit those issues in dispute at trial of this matter scheduled for July 17, 2007.

Respectfully submitted this 4th day of May, 2007.

    /s/ James G. Bodin
**JAMES G. BODIN (BOD005)**
Counsel for Plaintiff

**OF COUNSEL:**
McPHILLIPS, SHINBAUM, L.L.P.
516 S. Perry Street
Montgomery, AL 36101
(334) 262-1911
(334) 262-2321 Fax
lawtalk2@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the document(s) above via email and/or U.S. Mail, postage prepaid, to the following attorneys of record, on this the 4th day of May, 2007:

Caroline T. Pryor, Esq.
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com

    /s/ James G. Bodin
Of Counsel