IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv665-WHA |
| | ) |
| MISSION PETROLEUM CARRIERS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The court having been advised that the Plaintiff wishes to withdraw his Motion to Extend the Dispositive Motion Deadline (Doc. #48), it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 14th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE