IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. BOWDEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:06-CV-665 |
| MISSION PETROLEUM CARRIERS, ANTONIO MARTINEZ NAVARRO | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties and move to dismiss all claims in this matter with prejudice, each party to bear their own costs.

Respectfully submitted,

_____
JAMES G. BODIN (BOD005)
Attorney for Plaintiff William Bowden

**OF COUNSEL**
McPhillips, Shinbaum, L.L.P.
Post Office Box 64
Montgomery, Alabama 36101-0064
(334) 262-1911
lawtalk2@hotmail.com

_____
VINCENT A. NOLETTO, JR. (NOL008)
CAROLINE T. PRYOR (PRY005)
Attorneys for Defendant, Mission Petroleum Carriers

**OF COUNSEL:**
CARR ALLISON
P.O. Box 1126
Daphne, AL 36526
251-626-9340
ctp@carrallison.com